PAUL J. ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
KRIS KASTENS (SBN 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, California 94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiffs*
CUPP CYBERSECURITY, LLC and
CUPP COMPUTING AS

MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
STEFANI E. SHANBERG (SBN 206717)
sshanberg@mofo.com
ROBIN L. BREWER (SBN 253686)
rbrewer@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Defendant*
SYMANTEC CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SYMANTEC CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: 3:19-cv-00298-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING RESOLUTION OF *INTER PARTES* REVIEW PROCEEDINGS** |

Pursuant to Local Rule 7-12, by and through their respective undersigned counsel, plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS (collectively, "CUPP") and defendant Symantec Corporation ("Symantec") stipulate and agree as follows:

WHEREAS, on June 14, 2018, CUPP filed a Complaint for Patent Infringement in the Northern District of Texas;

WHEREAS, Symantec filed a motion to dismiss for improper venue (Dkt. No. 31), which the Court granted on January 16, 2019 and transferred this action to the Northern District of California (Dkt. No. 54);

WHEREAS, CUPP filed a First Amended Complaint, on February 13, 2019, alleging infringement of U.S. Patent Nos. 8,631,488 (the "'488 patent"); 8,789,202 (the "'202 patent"); 9,106,683 (the "'683 patent"); 9,843,595 (the "'595 patent"); 9,781,164 (the "'164 patent"); 9,756,079 (the "'079 patent"); 8,365,272 (the "'272 patent"); 9,747,444 (the "'444 patent"); and 10,084,799 (the "'799 patent") (collectively, the "asserted patents") (Dkt. No. 64) and Symantec filed an answer on February 27, 2019 (Dkt. No. 66);

WHEREAS, a case management conference was held on April 24, 2019, and a schedule entered through claim construction (Dkt. No. 79);

WHEREAS, on May 15, 2018, CUPP filed a Complaint for Patent Infringement against Trend Micro Inc. ("Trend Micro") in the Northern District of Texas, *CUPP Cybersecurity, LLC., et al. v. Trend Micro, Inc., et al.*, Case No. 3:18-cv-01251-M (N.D. Tex.), alleging infringement of eight of the nine patents at issue in this action[1];

WHEREAS, Trend Micro filed IPR petitions with the Patent Trial and Appeal Board ("PTAB") challenging the validity of seven of the nine asserted patents at issue in this action[2];

WHEREAS, the PTAB has instituted review on six of the seven IPR petitions and will issue an institution decision on the final petition shortly, as set forth in the below chart;

---

[1] CUPP is asserting the same patents against Trend Micro with the exception of the '799 patent.
[2] Trend Micro did not file an IPR petition with respect to the '444 patent.

| Patent | IPR No. | Actual Filing Date | Filing Date Assigned by PTAB | Institution Decision | Final Written Decision |
|---|---|---|---|---|---|
| '164 | IPR2019-00368 | 11/30/18 | 1/10/19 | 6/25/19 | 6/25/20 |
| '272 | IPR2019-00561 | 1/11/19 | 2/05/19 | 7/26/19 | 7/26/20 |
| '079 | IPR2019-00641 | 1/30/19 | 2/22/19 | 7/26/19 | 7/26/20 |
| '488 | IPR2019-00764 | 3/1/19 | 3/11/19 | 8/28/19 | 8/28/20 |
| '595 | IPR2019-00765 | 3/1/19 | 3/11/19 | 8/28/19 | 8/28/20 |
| '683 | IPR2019-00767 | 3/1/19 | 3/22/19 | 8/28/19 | 8/28/20 |
| '202 | IPR2019-00803 | 3/8/19 | 3/22/19 | due by 9/21/19 | 9/21/20 |

WHEREAS, pursuant to 35 U.S.C. § 316(a)(11), the PTAB is required to issue its final written decision within a year of institution;

WHEREAS, this case is in the early stages—fact discovery is not complete, expert discovery has not commenced, and no trial date is set;

WHEREAS, regardless of whether the PTAB institutes the seventh IPR, a stay conserves judicial and party resources, and will simplify the issues and trial in this action, including related to claim construction and potentially the number of patents at issue;

WHEREAS, the parties agree a stay will not unduly prejudice (or present a tactical advantage or disadvantage to) either party;

NOW, THEREFORE, the parties hereby stipulate and agree, through their respective counsel, subject to the approval of the Court, to stay the current action in its entirety until a final written decision issues on the last of the IPR petitions from the PTAB.[3]  The parties further stipulate and agree to file a joint notice within fifteen (15) days of completion of the last IPR petition before the PTAB.

---

[3] For clarification, the Stipulation does not include a stay through any appeal to the Federal Circuit.

IT IS SO STIPULATED.

DATED: September 13, 2019         KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:  */s/ Paul Andre*
         Paul Andre

*Attorneys for Plaintiffs*
CUPP Cybersecurity, LLC and CUPP Computing AS

DATED: September 13, 2019         MORRISON & FOERSTER LLP

By:  */s/ Stefani E. Shanberg*
         Stefani E. Shanberg

*Attorneys for Defendant*
SYMANTEC CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 18, 2019

_____
The Honorable William H. Orrick
United States District Judge

**ATTESTATION CLAUSE**

I, Paul Andre, am the ECF User whose ID and password are being used to file this filing. In compliance with Local Rule 5-1(i)(3), I hereby attest that Stefani E. Shanberg of Morrison & Foerster LLP concurred in the filing of this document.

        */s/ Paul Andre*
        Paul Andre

---

1

STIPULATION TO STAY PENDING *INTER PARTES* REVIEW   CASE NO. 3:19-cv-00298-WHO