PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRIS KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiffs*
CUPP CYBERSECURITY, LLC and
CUPP COMPUTING AS

MICHAEL A. JACOBS (State Bar No. 111664)
mjacobs@mofo.com
STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@mofo.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

*Attorneys for Defendant*
NORTONLIFELOCK INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NORTONLIFELOCK INC. f/k/a SYMANTEC CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: 3:19-cv-00298-WHO<br><br>**JOINT STATUS REPORT** |

Plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS (collectively, "CUPP") and Defendant NortonLifeLock Inc. ("NortonLifeLock") f/k/a Symantec Corporation, (together, the "Parties"), submit this Joint Status Report pursuant to the Court's September 18, 2019, Order Granting the Stipulation to Stay Case Pending Resolution of *Inter Partes* Review Proceedings (Dkt. No. 92, "Order"), in which the Court stayed this action until the U.S. Patent Trial and Appeal Board ("PTAB") issued its last final written decision pursuant to *inter partes* review ("IPR") petitions that Trend Micro[1] filed on seven out of the nine patents asserted in this action (the "Asserted Patents").[2] The Parties agreed to submit a joint notice "within fifteen (15) days of the completion of the last IPR petition before the PTAB." Dkt. No. 92. On September 18, 2020, the PTAB issued its last final written decision for the IPRs that Trend Micro filed.

The PTAB confirmed validity of relevant claims asserted in this case for the '202, '272, and '079 Patents, and invalidated all claims of the '488, '683, '595, and '164 Patents.[3]

The Parties respectfully request that the Court maintain the stay in this action. The Parties reserve their rights to request a case management conference or a settlement conference at a later time.

---

[1] CUPP filed a Complaint for Patent Infringement against Trend Micro Inc. ("Trend Micro") in the Northern District of Texas, *CUPP Cybersecurity, LLC. et al. v. Trend Micro, Inc., et al.,* Case No. 3:18-cv-01251-M (N.D. Tex.), alleging infringement of eight of the nine patents at issue in this action.

[2] The Asserted Patents are U.S. Patent Nos. 8,631,488 (the "'488 Patent"); 8,789,202 (the "'202 Patent"); 9,106,683 (the "'683 Patent"); 9,843,595 (the "'595 Patent"); 9,781,164 (the "'164 Patent"); 9,756,079 (the "'079 Patent"); 8,365,272 (the "'272 Patent"); 9,747,444 (the "'444 Patent"); and 10,084,799 (the "'799 Patent") (collectively, the "Asserted Patents"). Trend Micro did not file an IPR for the '444 Patent.

[3] The final written decisions in the IPRs concerning the '272, '079, '488, '683, '595, and '164 Patents have been appealed to the Federal Circuit.

Respectfully submitted,

DATED: September 30, 2020        By:  */s/ Paul J. Andre*
Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiffs*
CUPP Cybersecurity, LLC and CUPP Computing AS

DATED: September 30, 2020        By:  */s/ Stefani E. Shanberg*
Michael A. Jacobs (State Bar No. 111664)
Stefani E. Shanberg (State Bar No. 206717)
Robin L. Brewer (State Bar No. 253686)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522
mjacobs@mofo.com
sshanberg@mofo.com
rbrewer@mofo.com

*Attorneys for Defendant*
NORTONLIFELOCK INC.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Paul J. Andre*
Paul J. Andre