UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYMANTEC CORPORATION, et al.,<br><br>Defendants. | Case No. 3:19-cv-00298-WHO<br><br>**ORDER MAINTAINING STAY**<br>Re: Dkt. No. 95 |

Pursuant to the parties' joint request, the stay I entered in this case shall be maintained. *See* Dkt. Nos. 92, 95. Either party may move to dissolve the stay. The parties shall file a joint statement on the status of the case within 14 days of the final disposition by the Federal Circuit of all appeals referenced in the Joint Statement. Dkt. No. 95 at 1 n.3.

**IT IS SO ORDERED.**

Dated: October 13, 2020



William H. Orrick
United States District Judge