PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRIS KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, California 94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiffs*
CUPP CYBERSECURITY, LLC and
CUPP COMPUTING AS

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@mofo.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

*Attorneys for Defendant*
NORTONLIFELOCK INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NORTONLIFELOCK INC. f/k/a SYMANTEC CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: 3:19-cv-00298-WHO<br><br>**JOINT STATUS REPORT** |

Plaintiffs CUPP Cybersecurity, LLC, and CUPP Computing AS (collectively, "CUPP") and Defendant NortonLifeLock Inc. ("NortonLifeLock") f/k/a Symantec Corporation, (together, the "Parties"), submit this Joint Status Report pursuant to the Court's January 10, 2022, Order Requiring Status Report (Dkt. No. 97).

Six of the nine patents asserted in this case remain subject to Federal Circuit appeals of PTAB final written decisions.[1]  The PTAB confirmed patentability of relevant claims of the '202, '272, and '079 Patents.  Trend Micro Inc. ("Trend Micro") appealed the decisions concerning the '272 and '079 Patents to the Federal Circuit.[2]  Briefing in these appeals is complete.  The Federal Circuit has not yet scheduled a hearing.  The PTAB held unpatentable the claims that Trend Micro challenged of the '488, '683, '595, and '164 patents.  CUPP appealed these decisions to the Federal Circuit.  Briefing in these appeals is complete.  Following the United States Supreme Court's decision in *United States v. Arthrex, Inc.*, 141 S. Ct. 1970 (2021), the Federal Circuit remanded to the PTAB to allow CUPP to request review of the decisions from the Director of the United States Patent and Trademark Office.  On February 4, 2022, the Director denied CUPP's requests for rehearing.  CUPP has until February 18, 2022, to inform the Federal Circuit of the denials, at which point the Federal Circuit will reactivate the appeals.

---

[1] The patents asserted in this case are U.S. Patent Nos. 8,631,488 (the "'488 Patent"); 8,789,202 (the "'202 Patent"); 9,106,683 (the "'683 Patent"); 9,843,595 (the "'595 Patent"); 9,781,164 (the "'164 Patent"); 9,756,079 (the "'079 Patent"); 8,365,272 (the "'272 Patent"); 9,747,444 (the "'444 Patent"); and 10,084,799 (the "'799 Patent") (collectively, the "Asserted Patents").

[2] Trend Micro is the petitioner for all six of the IPRs pending appeal for the asserted patents in this case. CUPP filed a Complaint for Patent Infringement against Trend Micro in the Northern District of Texas, *CUPP Cybersecurity, LLC., et al. v. Trend Micro, Inc., et al.*, Case No. 3:18-cv-01251-M (N.D. Tex.), alleging infringement of eight of the nine patents at issue in this action.  Trend Micro subsequently petitioned the PTAB for *inter partes* review ("IPR") of seven of the nine patents asserted in this action.

JOINT STATUS REPORT                                              CASE NO. 3:19-cv-00298-WHO

The following table is a full summary of the status of the IPRs:

| Appeal No. | Patent | *IPR* No. | Status |
|---|---|---|---|
| **2020-2059** | 9,781,164 | 2019-00368 | • The case was remanded on Aug. 2, 2021 in light of *Arthrex*[3] for opportunity to request Director rehearing of the final written decision.<br>• CUPP's Patent Owner's Request for Rehearing by the Director was filed on Sept. 1, 2021 in IPR2019-00368.<br>• Request for Director Review Denied on Feb. 4, 2022.<br>• Deadline to notify Federal Circuit on Feb. 18, 2022. |
| **2020-2237** | 8,365,272 | 2019-00561 | • Appellant's Reply Brief was filed on May 24, 2021.<br>• Oral Argument to be scheduled. |
| 2020-2238 (Consolidated with 2020-2237) | 9,756,079 | 2019-00641 | • This action is consolidated with **2020-2237** and has the same schedule. |
| **2020-2262** | 8,631,488 | 2019-00764 | • The case was remanded on Aug. 2, 2021 in light of *Arthrex* for opportunity to request Director rehearing of the final written decision.<br>• CUPP's Patent Owner's Request for Rehearing by the Director was filed on Sept. 1, 2021 in IPR2019-00764.<br>• Request for Director Review Denied on Feb. 4, 2022.<br>• Deadline to notify Federal Circuit on Feb. 18, 2022. |

---

[3] *United States v. Arthrex, Inc.*, 141 S. Ct. 1970 (2021).

| 2020-2263 (Consolidated with 2020-2262) | 9,843,595 | 2019-00765 | • This IPR was consolidated with **2020-2262** and has the same schedule. |
|---|---|---|---|
| 2020-2264 (Consolidated with 2020-2262) | 9,106,683 | 2019-00767 | • This IPR was consolidated with **2020-2262** and has the same schedule. |
| **2021-1245** | 8,789,202 | 2019-00803 | • Appeal voluntarily dismissed by Requestor Trend Micro. |

The Parties request that the court maintain the stay in this action in light of the ongoing Federal Circuit proceedings.

1                                             Respectfully submitted,

2      DATED:  February 11, 2022           By:   */s/ Kristopher Kastens*

Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiffs*
CUPP Cybersecurity, LLC and CUPP
Computing AS

DATED:  February 11, 2022           By:   */s/ Stefani E. Shanberg*

Stefani E. Shanberg (State Bar No. 206717)
Robin L. Brewer (State Bar No. 253686)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
sshanberg@mofo.com
rbrewer@mofo.com

*Attorneys for Defendant*
NORTONLIFELOCK INC.

4

**ATTESTATION**

     I am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories has concurred in the filing of this document.

  DATED:  February 11, 2022                       */s/ Kristopher Kastens*
                                                Kristopher Kastens

JOINT STATUS REPORT                                 CASE NO. 3:19-cv-00298-WHO