1  MICHAEL A. JACOBS (State Bar No. 111664)
   mjacobs@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522

5  *Attorney for Defendant*
   NORTONLIFELOCK INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NORTONLIFELOCK INC. f/k/a SYMANTEC CORPORATION, a Delaware Corporation, <br><br> Defendant. | Case No.: 3:19-cv-00298-WHO <br><br> **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD FOR MICHAEL A. JACOBS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2)(C), Michael A. Jacobs hereby withdraws as counsel of record for defendant NortonLifeLock Inc. ("NortonLifeLock") f/k/a Symantec Corporation in this action. Stefani E. Shanberg and Robin L. Brewer, who have already noticed appearances in this matter, continue to represent NortonLifeLock. NortonLifeLock respectfully requests that the ECF Notification for this action be updated accordingly to remove Mr. Jacobs.

Dated: December 28, 2022

MORRISON & FOERSTER LLP

By:   /s/ Michael A. Jacobs
          Michael A. Jacobs

Attorney for Defendant
NORTONLIFELOCK INC.