PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRIS KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiffs*
CUPP CYBERSECURITY, LLC and
CUPP COMPUTING AS

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@perkinscoie.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@perkinscoie.com
Perkins Coie LLP
505 Howard Street
San Francisco, California  94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Attorneys for Defendant*
NORTONLIFELOCK INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NORTONLIFELOCK INC. f/k/a SYMANTEC CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: 3:19-cv-00298-WHO<br><br>**JOINT STATUS REPORT** |

Plaintiffs CUPP Cybersecurity, LLC, and CUPP Computing AS (collectively, "CUPP") and Defendant NortonLifeLock Inc. ("NortonLifeLock") f/k/a Symantec Corporation, (together, the "Parties"), submit this Joint Status Report pursuant to the Court's March 16, 2023, Order Requiring Status Report (Dkt. No. 107).

Of the asserted patents, two await PTAB final decisions.[1] The PTAB originally confirmed patentability of relevant claims of the '202 Patent, as well as Claims 7 and 16 of the '272 Patent and Claims 6 and 7 of the '079 Patent. Trend Micro Inc. ("Trend Micro") appealed the decisions concerning the '272 and '079 Patents to the Federal Circuit.[2] On October 25, 2022, the Federal Circuit vacated and remanded the PTAB's determination that Claims 7 and 16 of the '272 Patent and Claim 7 of the '079 Patent are valid. The PTAB has not yet issued an order regarding the claims remanded after appeal for the '272 Patent and the '079 Patent.

The PTAB held unpatentable the claims that Trend Micro challenged of the '488, '683, '595, and '164 patents. CUPP appealed these decisions to the Federal Circuit. On October 6, 2022, the Federal Circuit affirmed the PTAB's determination that the '164 Patent is invalid. On November 16, 2022, the Federal Circuit affirmed the PTAB's determination that the '488 Patent, the '683 Patent, and '595 Patent are invalid.

---

[1] The patents asserted in this case are U.S. Patent Nos. 8,631,488 (the "'488 Patent"); 8,789,202 (the "'202 Patent"); 9,106,683 (the "'683 Patent"); 9,843,595 (the "'595 Patent"); 9,781,164 (the "'164 Patent"); 9,756,079 (the "'079 Patent"); 8,365,272 (the "'272 Patent"); 9,747,444 (the "'444 Patent"); and 10,084,799 (the "'799 Patent") (collectively, the "Asserted Patents").

[2] Trend Micro is the petitioner for all six of the IPRs asserted against patents in this case. CUPP filed a Complaint for Patent Infringement against Trend Micro in the Northern District of Texas, *CUPP Cybersecurity, LLC., et al. v. Trend Micro, Inc., et al.,* Case No. 3:18-cv-01251-M (N.D. Tex.), alleging infringement of eight of the nine patents at issue in this action. Trend Micro subsequently petitioned the PTAB for *inter partes* review ("IPR") of seven of the nine patents asserted in this action.

The following table is a full summary of the status of the IPRs:

| Appeal No. | Patent | *IPR* No. | Status |
|---|---|---|---|
| **2020-2059** | 9,781,164 | 2019-00368 | • The Federal Circuit affirmed the PTAB's determination that the '164 Patent is invalid on October 6, 2022. |
| **2020-2237** | 8,365,272 | 2019-00561 | • The Federal Circuit heard Oral Argument on October 3, 2022.<br>• The Federal Circuit vacated and remanded the PTAB's determination that Claims 7 and 16 of the '272 Patent and Claim 7 of the '079 Patent are valid on October 25, 2022.<br>• The Federal Circuit issued an appeal mandate on December 16, 2022.<br>• The PTAB notified the parties that no further briefing is authorized and no additional oral argument will be heard in this action on February 8, 2023.<br>• No order has issued. |
| 2020-2238 (Consolidated with 2020-2237) | 9,756,079 | 2019-00641 | • Consolidated with **2020-2237**. |
| **2020-2262** | 8,631,488 | 2019-00764 | • The Federal Circuit affirmed the PTAB's determination that '488 Patent, the '683 Patent, and '595 Patent are invalid on November 16, 2022. |
| 2020-2263 (Consolidated with 2020-2262) | 9,843,595 | 2019-00765 | • Consolidated with **2020-2262**. |
| 2020-2264 (Consolidated with 2020-2262) | 9,106,683 | 2019-00767 | • Consolidated with **2020-2262**. |

| | | | |
|---|---|---|---|
| **2021-1245** | 8,789,202 | 2019-00803 | • Appeal voluntarily dismissed by Requestor Trend Micro. |

The Parties request that the Court maintain the stay in this action in light of the ongoing PTAB proceedings for the '079 and the '272 Patents.

Respectfully submitted,

DATED: April 11, 2023           By:  /s/ Kristopher Kastens
                                     Paul J. Andre (State Bar No. 196585)
                                     Lisa Kobialka (State Bar No. 191404)
                                     James Hannah (State Bar No. 237978)
                                     Kristopher Kastens (State Bar No. 254797)
                                     KRAMER LEVIN NAFTALIS &
                                     FRANKEL LLP
                                     333 Twin Dolphin Drive, Suite 700
                                     Redwood Shores, CA 94065
                                     Telephone: (650) 752-1700
                                     Facsimile:  (650) 752-1800
                                     pandre@kramerlevin.com
                                     lkobialka@kramerlevin.com
                                     jhannah@kramerlevin.com
                                     kkastens@kramerlevin.com

                                     *Attorneys for Plaintiffs*
                                     CUPP Cybersecurity, LLC and CUPP
                                     Computing AS

DATED: April 11, 2023           By:  /s/ Stefani E. Shanberg
                                     Stefani E. Shanberg (State Bar No. 206717)
                                     Robin L. Brewer (State Bar No. 253686)
                                     Perkins Coie LLP
                                     505 Howard Street
                                     San Francisco, California  94105
                                     Telephone: (415) 344-7000
                                     Facsimile: (415) 344-7050
                                     sshanberg@perkinscoie.com
                                     rbrewer@ perkinscoie.com

                                     *Attorneys for Defendant*
                                     NORTONLIFELOCK INC.

## **ATTESTATION**

I am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories has concurred in the filing of this document.

DATED:  April 11, 2023                                           */s/ Kristopher Kastens*
                                                                                      Kristopher Kastens