1  STEFANI E. SHANBERG (State Bar No. 206717)
   sshanberg@perkinscoie.com
2  ROBIN L. BREWER (State Bar No. 253686)
   rbrewer@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  *Attorneys for Defendant*
   GEN DIGITAL INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:19-cv-00298-WHO<br><br>**DEFENDANT GEN DIGITAL INC.'S NOTICE OF NAME CHANGE** |

Defendant Gen Digital Inc. ("Gen Digital") f/k/a NortonLifeLock Inc., by counsel, hereby notifies Plaintiff CUPP Cybersecurity LLC, Plaintiff CUPP Computing AS, and the Court that, effective November 7, 2022, NortonLifeLock Inc. is named Gen Digital Inc.

Dated: October 12, 2023

PERKINS COIE LLP

By:  */s/ Stefani E. Shanberg*
        Stefani E. Shanberg

Attorneys for Defendant
GEN DIGITAL INC.