PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRIS KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiffs*
CUPP CYBERSECURITY, LLC and
CUPP COMPUTING AS

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@perkinscoie.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@perkinscoie.com
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Attorneys for Defendant*
GEN DIGITAL INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:19-cv-00298-WHO<br><br>**JOINT STATUS REPORT** |

Plaintiff CUPP Cybersecurity, LLC, and CUPP Computing AS (collectively, "CUPP") and Defendant Gen Digital Inc. ("Gen") (together, the "Parties") submit this Joint Status Report to update the status of the petitions for *inter partes* review ("IPR") of the asserted patents, filed by Trend Micro Inc. ("Trend Micro").[1]  Dkt. No. 109.

Since the Parties' last joint status update on the status of PTAB proceedings, the PTAB has issued final decisions on remand for the '272 and '079 Patents.  Dkt. No. 108.  The PTAB found that claim 16 of the '272 Patent is unpatentable, claim 7 of the '272 Patent is not unpatentable, and claim 7 of the '079 Patent is unpatentable on April 14, 2023.[2]

The status of the patents that CUPP has asserted are listed below.

| Asserted Patents | IPR Status |
| --- | --- |
| 8,365,272 | IPR Completed |
| 8,631,488 | IPR Completed |
| 8,789,202 | IPR Completed |
| 9,106,683 | IPR Completed |
| 9,747,444 | No IPR Filed |
| 9,756,079 | IPR Completed |
| 9,781,164 | IPR Completed |
| 9,843,595 | IPR Completed |
| 10,084,799 | No IPR Filed |

---

[1] Trend Micro and CUPP reached a settlement.  The parties subsequently stipulated to dismiss the case. CUPP Cybersecurity, LLC., et al. v. Trend Micro, Inc., et al., Dkt. No. 366, No. 3:18-cv-01251-M (N.D. Tex.).

[2] *Trend Micro Inc. v. CUPP Computing AS*, No. IPR2019-00561, at *3 (P.T.A.B. April 14 2023) ('272 IPR decision on remand); *Trend Micro Inc. v. CUPP Computing AS*, IPR2019-00641, at *3 (P.T.A.B. April 14 2023) ('079 IPR decision on remand).

As the IPRs are completed, the parties request that the Court lift the stay and order a further case management conference to address the case schedule, including supplementation of disclosures under the Patent Local Rules.

Respectfully submitted,

DATED: October 13, 2023     By:   /s/ Kristopher Kastens
Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiffs*
CUPP Cybersecurity, LLC and CUPP Computing AS

DATED: October 13, 2023     By:   /s/ Stefani E. Shanberg
Stefani E. Shanberg (State Bar No. 206717)
Robin L. Brewer (State Bar No. 253686)
Perkins Coie LLP
505 Howard Street
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
sshanberg@perkinscoie.com
rbrewer@ perkinscoie.com

*Attorneys for Defendant*
GEN DIGITAL INC.

## ATTESTATION

I am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories has concurred in the filing of this document.

DATED:  October 13, 2023

                                          */s/ Kristopher Kastens*
                                          Kristopher Kastens