PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRIS KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiffs*
CUPP CYBERSECURITY, LLC and
CUPP COMPUTING AS

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@perkinscoie.com
NATHAN B. SABRI (State Bar No. 252216)
nsabri@perkinscoie.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@perkinscoie.com
Perkins Coie LLP
505 Howard Street
San Francisco, California  94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Attorneys for Defendant*
GEN DIGITAL INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:19-cv-00298-WHO<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE** |

Plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS (collectively, "Plaintiffs," or "CUPP") and Defendant Gen Digital Inc. ("Gen") (together, the "Parties"), by and through their undersigned counsel, in accordance with Local Rule 6-2, and Court's Amended Patent Scheduling Order (Dkt. No. 63), file this joint stipulation, requesting leave of the Court for a 21 day extension to submit a proposed Case Management Statement and to reset the Case Management Conference to November 28, 2023.

WHEREAS, on October 13, 2023, the Court ordered that the Case Management Conference be held on November 7, 2023, at 2:00 P.M. and the Parties to file a joint case management statement by October 31, 2023;

WHEREAS, the Parties have been discussing potential resolution of the case, or in the alternative, the possibility of transfer or consenting to a magistrate judge for this proceeding;

WHEREAS, lead counsel for the parties will continue to meet and confer, regarding potential settlement, venue, or consenting to a magistrate judge as well as other issues in the Case Management Statement, and believe that a three-week extension will permit the parties to reach further agreement on the Case Management Statement and/or eliminate the need for the Court to hold a Case Management Conference altogether;

WHEREAS, previously the parties stipulated to a one week extension, to reach an agreement on the proposed Protective Order and proposed ESI Order (Dkt. Nos. 83, 86); and

WHEREAS, the extension will not impact any other deadlines set by the Court.

NOW, THEREFORE, the parties hereby stipulate and agree to a 21 day extension to November 21, 2023, to submit the Case Management Statement and to reset the Case Management Conference to November 28, 2023.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for CUPP and Gen, that the deadlines in this case are adjusted as set forth above.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED:  October 31, 2023 | By: | /s/ Kristopher Kastens |
| | | Paul J. Andre (State Bar No. 196585) |
| | | Lisa Kobialka (State Bar No. 191404) |
| | | James Hannah (State Bar No. 237978) |
| | | Kristopher Kastens (State Bar No. 254797) |
| | | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | | 333 Twin Dolphin Drive, Suite 700 |
| | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 752-1700 |
| | | Facsimile:  (650) 752-1800 |
| | | pandre@kramerlevin.com |
| | | lkobialka@kramerlevin.com |
| | | jhannah@kramerlevin.com |
| | | kkastens@kramerlevin.com |
| | | |
| | | *Attorneys for Plaintiffs* |
| | | CUPP Cybersecurity, LLC and CUPP Computing AS |

| | | |
|---|---|---|
| DATED:  October 31, 2023 | By: | /s/ Stefani E. Shanberg |
| | | Stefani E. Shanberg (State Bar No. 206717) |
| | | Nathan B. Sabri (State Bar No. 252216) |
| | | Robin L. Brewer (State Bar No. 253686) |
| | | Perkins Coie LLP |
| | | 505 Howard Street |
| | | San Francisco, California  94105 |
| | | Telephone: (415) 344-7000 |
| | | Facsimile: (415) 344-7050 |
| | | sshanberg@perkinscoie.com |
| | | rbrewer@ perkinscoie.com |
| | | |
| | | *Attorneys for Defendant* |
| | | GEN DIGITAL INC. |

2

JOINT STIPULATION TO MODIFY SCHEDULE                                CASE NO. 3:19-cv-00298-WHO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____      _____
                                                                        Hon. William H. Orrick
                                                                        United States District Judge

### ATTESTATION

I am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories has concurred in the filing of this document.

Dated:  October 31, 2023              */s/ Kristopher Kastens*
                                                      Kristopher Kastens