UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 28, 2023 | **Time:** 6 minutes<br>2:00 p.m. to 2:06 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-00298-WHO | **Case Name:** CUPP Cybersecurity LLC v. Symantec Corporation | |

**Attorneys for Plaintiff:** Paul J. Andre and Kristopher B. Kastens

**Attorneys for Defendant:** Nathaniel B. Sabri and Stefani E. Shanberg

**Deputy Clerk:** Jean Davis          **Court Reporter:** Megan Strawn

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court directs counsel to speak with their clients regarding the benefits of referring this matter to a Magistrate Judge for all purposes.

If the parties do not agree on the appropriate venue/courtroom for this matter, plaintiff expects to file a motion to transfer within two weeks.

Further Case Management Conference set for **December 19, 2023 at 2:00 p.m.** in the event the case remains before Judge Orrick to discuss claim narrowing and other matters as raised by counsel. A supplemental case management statement updating any developments should be filed by December 12, 2023.