PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiffs*
CUPP CYBERSECURITY, LLC and
CUPP COMPUTING AS

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@perkinscoie.com
NATHAN B. SABRI (State Bar No. 252216)
nsabri@perkinscoie.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@perkinscoie.com
Perkins Coie LLP
505 Howard Street
San Francisco, California  94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Attorneys for Defendant*
GEN DIGITAL INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, a Delaware Limited Liability Company, and CUPP COMPUTING AS, a Norwegian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GEN DIGITAL INC. f/k/a NORTONLIFELOCK INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:19-cv-00298-WHO<br><br>**FURTHER CASE MANAGEMENT STATEMENT**<br><br>DATE:   December 19, 2023<br>TIME:   2:00 P.M.<br>PLACE: Videoconference<br>JUDGE: William H. Orrick |

Pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9, the Standing Order for All Judges of the Northern District of California, and this Court's Order Setting Case Management Conference on November 18, 2023 (Dkt. No. 118), Plaintiff CUPP Cybersecurity, LLP and CUPP Computing AS (collectively, "CUPP") and Defendant Gen Digital Inc. ("Gen") submit this Further Case Management Statement.

CUPP will be filing an unopposed motion to transfer this case to the District of Delaware. Thus, the parties request the Court cancel the scheduled Case Management Conference on December 19, 2023, to allow time to prepare and file this motion.

|   |   |   |   |
|---|---|---|---|
| 1 |  |  | Respectfully submitted, |
| 2 | DATED: December 12, 2023 | By: | /s/ Kristopher Kastens |

Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiffs*
CUPP Cybersecurity, LLC and CUPP Computing AS

DATED: December 12, 2023          By:   /s/ Nathan B. Sabri

Stefani E. Shanberg (State Bar No. 206717)
Nathan B. Sabri (State Bar No. 252216)
Robin L. Brewer (State Bar No. 253686)
Perkins Coie LLP
505 Howard Street
San Francisco, California  94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
sshanberg@perkinscoie.com
nsabri@perkinscoie.com
rbrewer@ perkinscoie.com

*Attorneys for Defendant*
GEN DIGITAL INC.

2

JOINT CASE MANAGEMENT STATEMENT                         CASE NO. 3:19-cv-00298-WHO

**ATTESTATION**

I am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories has concurred in the filing of this document.

DATED:  December 12, 2023
            */s/ Kristopher Kastens*
            Kristopher Kastens